IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE ADIPUTRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. 07 C 0250 <br><br> Honorable John F. Grady |
| PURBO JUSTANTORO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. 07 C 1387 <br><br> Honorable John F. Grady |
| XU KAI ZU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. 07 C 4845 <br><br> Honorable John F. Grady |
| NURANDINI ADI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. 07 C 4954 <br><br> Honorable John F. Grady |

**DEFENDANTS' JOINT MOTION TO DISMISS
ON THE GROUND OF FORUM NON CONVENIENS**

Defendants The Boeing Company and United Technologies Corporation (collectively, "Defendants"), through their undersigned counsel of record, move this Honorable Court to enter an order dismissing the above-captioned cases on the grounds of forum non conveniens. In support of this motion, Defendants incorporate by reference and rely on the following

01038-4931/LEGAL13672375.1

documents, which are being filed concurrently herewith in the lead lawsuit pending in this Court, captioned *Andre Adiputra, et al. v. The Boeing Company, et al.*, 07 CV 00250:

(1) Defendants' Joint Memorandum of Law in Support of their Motion to Dismiss on the Ground of Forum Non Conveniens;

(2) Declaration of Richard Breuhaus in Support of the Motion to Dismiss on the Grounds of Forum Non Conveniens;

(3) Declaration of Allison Kendrick in Support of Defendants' Joint Motion to Dismiss on the Grounds of Forum Non Conveniens;

(4) Statement from Priyatna Abdurrasyid in Support of Boeing Company's Motion for Dismissal on the Grounds of Forum Non Conveniens;

(5) Declaration from Todung Mulya Lubis in Support of Boeing Company's Motion for Dismissal on the Grounds of Forum Non Conveniens;

(6) Declaration of Michael S. Bartron in Support of Defendants' Joint Motion to Dismiss on the Grounds of Forum Non Conveniens;

(7) Declaration of William F. DeYoung in Support of Defendants' Joint Motion to Dismiss on the Grounds of Forum Non Conveniens;

(8) All files and records in these actions, any other and further matter and arguments that the Court may require or permit.

WHEREFORE, for the reasons stated in Defendants' Joint Memorandum of Law in Support of their Motion to Dismiss on the Grounds of Forum Non Conveniens and supporting declarations, Defendants respectfully request that this Court dismiss these above-captioned actions on the basis of forum non conveniens.

//
//
//
//
//
//
//

DATED: October 26, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ William T. Cahill | /s/ William F. DeYoung |
| One of the attorneys for Defendant The Boeing Company | One of the attorneys for Defendant United Technologies Corporation |
| William T. Cahill<br>Jonathan R. Buck<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5569<br>(312) 324-8400 | William F. DeYoung<br>Loretto M. Kennedy<br>Kendall E. Woods<br>CHUHAK & TECSON, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>(312) 444-9300 |
| Allison Kendrick<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>(206) 359-8000 | |

## CERTIFICATE OF SERVICE

      I, William T. Cahill, certify that on October 26, 2007, I caused a true and complete copy of **DEFENDANTS' JOINT MOTION TO DISMISS ON THE GROUND OF FORUM NON CONVENIENS** and all supporting documents referenced therein to be served via CM/ECF upon:

>Floyd A. Wisner
>WISNER LAW FIRM
>934 S. 4th St.
>St. Charles, IL 60174
>
>Brian J. Lawler
>LIEFF GLOBAL LLP
>275 Battery Street, 30th Floor
>San Francisco, CA 94111

and via hand delivery upon:

>Joseph A. Power, Jr.
>Todd A. Smith
>POWER, ROGERS & SMITH, P.C.
>70 W. Madison St., Suite 5500
>Chicago, IL 60602

                            s/ Williams T. Cahill